```
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
```

| | | |
|---|---|---|
| ALONZO UNTHANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20CV616 |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

On August 18, 2021, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections (Doc. 19) within the time limit prescribed by Section 636, and the Commissioner filed a response (Doc. 20).

The court has reviewed Plaintiff's objections de novo and finds that they do not change the substance of the United States Magistrate Judge's Recommendation (Doc. 17), which is affirmed and adopted.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, that Plaintiff's Motion for Judgment on the Pleadings (Doc. 12) is DENIED, that Defendant's Motion for Judgment on the Pleadings (Doc. 14) is GRANTED, and this action is DISMISSED with prejudice.

September 15, 2021

/s/   Thomas D. Schroeder
United States District Judge